**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ANDRA CRISTINA NECSULESCU, A# 070-635-435,** | **CIVIL ACTION NO. 6:26-cv-03719-RRS-KGG** |
| **Petitioner,** | **JUDGE ROBERT R. SUMMERHAYS** |
| **VERSUS** | **MAGISTRATE JUDGE KENNETH G. GALE** |
| **WARDEN, SOUTH LOUISIANA ICE PROCESSING CENTER; BRIAN ACUNA, Field Office Director, New Orleans Field Office, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of Homeland Security; DAVID VENTURELLA, Acting Director of U.S. Immigration and Customs Enforcement; and TODD BLANCHE, Attorney General of the United States,** | |
| **Respondents.** | |

**TEMPORARY RESTRAINING ORDER**

Before the Court is Petitioner Andra Cristina Necsulescu's Renewed Emergency Motion for Temporary Restraining Order and Expedited Hearing. The record reflects that Petitioner may be a member of the class certified in *D.V.D. v. U.S. Department of Homeland Security*, No. 1:25-cv-10676 (D. Mass.) and that her removal to a third country may be barred by the injunction issued by the District Court in that case. The First Circuit affirmed the district court's judgment in part but has not issued the mandate in the case. No. 26-1212 (1st Cir. Sept. 18, 2026). However, the Circuit Court dissolved its stay pending appeal of the District Court's injunction. As a result, it appears that the District Court's injunction against removal is effective and binding. The requirements for injunctive relief are (1) a substantial likelihood that Petitioner will prevail on the merits, (2) a substantial threat that she will suffer irreparable injury if the injunction is not granted, (3) her substantial injury outweighs the threatened harm to the party she seeks to enjoin, and (4) granting such relief will not

disserve the public interest." *City of El Cenizo v. Texas*, 890 F.3d 164, 176 (5th Cir. 2018). The Court finds that these requirements have been met with respect to a temporary restraining order, based on the current record. The Court understands that Respondents have filed for a stay of the First Circuit's decision as well as the District Court's injunction. The Supreme Court has set briefing on that request for Monday, September 28, 2026. Accordingly, the court grants a temporary restraining order barring Petitioner's removal to a third country until the Supreme Court enters a stay or 14 days from the date of this order, whichever occurs earlier. Respondents are to file a response within 10 days addressing Petitioner's argument that the injunction in *D.V.D. v. U.S. Department of Homeland Security*, No. 1:25-cv-10676 (D. Mass.) bars her removal.

IT IS ORDERED that the motion is GRANTED as follows:

1. Respondents, their officers, agents, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Order, are TEMPORARILY RESTRAINED from removing Petitioner Andra Cristina Necsulescu, A# 070-635-435, from the United States to Rwanda or to any other country not designated or identified in writing in her July 31, 2017 removal proceedings, pending further order of this Court.

2. This Order does not adjudicate the validity of Petitioner's removal order or the merits of any claim for protection. It preserves the status quo while the Court considers the matter.

3. Security under Federal Rule of Civil Procedure 65(c) is waived.

4. Respondents shall file a response no later than October 5, 2026.

5. This Order expires at the earlier of the entry of a stay by the Supreme Court or 14 days after its entry unless extended by the Court for good cause or by consent of the parties.

THUS DONE in Chambers on this 25th day of September, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE
Signed at 5:50 pm CDT